## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>CT-1 HOLDINGS, LLC R#30<br><br>                             Debtor(s). | CASE NO.: 2:10-19927 BR<br><br>ADVERSARY NO.: 2:13-ap-1281 BR |
| SCREEN CAPITAL INTERNATIONAL CORP.,<br>derivatively on behalf of the estate of CT-1 Holding<br>                             Plaintiff(s),<br>                    vs.<br>INTERMEDIA FILM EQUITIES USA, INC.<br>                             Defendant(s) | **NOTICE OF REFERRAL OF APPEAL**<br><br>Notice of Appeal Filed: 12/2/13<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 3/17/10 |

CV13-09072 JGB

TO:   ALL PARTIES IN INTEREST, AND
      [  ]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
      [✓]   U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

FILED
DEC - 4 2013

    YOU AND EACH OF YOU are hereby notified that the following documents have been filed
with the Clerk of the Bankruptcy Court:
      [  ]   Motion for Leave to Appeal
      [  ]   Answer in Opposition to Motion for Leave to Appeal
      [✓]   Notice of ____✓____ Appeal _____ Cross-Appeal
      [✓]   Appellant's Statement of Election to Transfer Appeal to District Court
      [  ]   Other

    By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this
District, the above appeal and related documents have been referred to the Bankruptcy Appellate
Panel or U. S. District Court, as indicated above.

DATED: ____12/4/13_____          KATHLEEN J. CAMPBELL
                                        Clerk of Court

                                        By: _____
                                                      Deputy Clerk

---

### CERTIFICATE OF MAILING

    I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL,
TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in
the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-
referenced applicable ORDER:

      [  ]   AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF
            THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or
            before 10/22/94)
      [✓]   AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT
            (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: ____12/4/13_____          KATHLEEN J. CAMPBELL
                                        Clerk of Court

                                        By: _____
                                                      Deputy Clerk

---

**NOTICE OF REFERRAL OF APPEAL (Adversary)**

APPEALS: NTC-REF.ADV (Revised 2/2010)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# APPEAL SERVICE LIST

[✓]   NOTICE OF REFERRAL OF APPEAL
[  ]   CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 10-19927                    ADVERSARY NO.: 2:13-AP-01281 BR

[  ]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA  91105-1510

[✓]   U. S. DISTRICT COURT
Central District of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA  90012-4701

[  ]   U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA  92701-4516

[  ]   U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[  ]   Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

[  ]   Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA  92701

[  ]   OFFICE OF THE U.S. TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

[  ]   Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

SEE ATTACHED SERVICE LIST

---

**APPEAL SERVICE LIST**

APPEALS: SERVLIST (Revised 11/2012)

# Page 2, APPEAL SERVICE LIST

## NOTICE OF REFERRAL OF APPEAL

**2:13-ap-01281-BR Notice will be electronically mailed to:**

David E Ahdoot on behalf of Interested Party Courtesy NEF
dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com

Todd M Arnold on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
tma@lnbyb.com

Eric J Bakewell on behalf of Defendant Intermedia Film Equities USA, Inc.
ejb@wbllp.com,
vmd@wbllp.com;lme@wbllp.com;aw@wbllp.com;slc@wbllp.com;docket@wbllp.com;calendar@wbllp.c
om;mr@wbllp.com;ms@wbllp.com

Vartanoush Defterderian on behalf of Defendant Intermedia Film Equities USA, Inc.
vmd@wbllp.com, docket@wbllp.com,slc@wbllp.com

Irving M Gross on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
img@lnbrb.com, angela@lnbrb.com

Jacqueline L James on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
jlj@lnbyb.com, marla@lnbyb.com

David L. Neale on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
dln@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Defendant Intermedia Film Equities USA, Inc.
swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com

**2:13-ap-01281-BR Notice will not be electronically mailed to:**

Ronald L Durkin (TR)
Clifton Gunderson LLP
915 Wilshire Blvd., Suite 2250
Los Angeles, CA 90017

### UNITED STATES BANKRUPTCY
### APPELLATE PANEL OF
### THE NINTH CIRCUIT

**Effective November 18, 1988; as amended May 4, 2010.**

# AMENDED ORDER CONTINUING
# THE BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

### JUDICIAL COUNCIL OF THE NINTH CIRCUIT AMENDED ORDER CONTINUING
### THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

1.      **Continuing the Bankruptcy Appellate Panel Service.**

(a)  **Pursuant to 28 U.S.C. § 158(b)(1) as amended by the Bankruptcy Reform Act of 1994, the judicial council hereby reaffirms and continues a bankruptcy appellate panel service which shall provide panels to hear and determine appeals from judgments, orders and decrees entered by bankruptcy judges from districts within the Ninth Circuit.**

(b) **Panels of the bankruptcy appellate panel service may hear and determine appeals originating from districts that have authorized such appeals to be decided by the bankruptcy appellate panel service  pursuant to 28 U.S.C. § 158(b)(6).**

(c) **All appeals originating from those districts shall be referred to bankruptcy appellate panels unless a party elects to have the appeal heard by the district court in the time and manner and form set forth in 28 U.S.C. § 158(c)(1) and in paragraph 3 below.**

(d)  **Bankruptcy appellate panels may hear and determine appeals from final judgments, orders and decrees entered by bankruptcy judges and, with leave of bankruptcy appellate panels, appeals from interlocutory orders and decrees entered by bankruptcy judges.**

(e)  **Bankruptcy appellate panels may hear and determine appeals from final judgments, orders, and decrees entered after the district court from which the appeal originates has issued an order referring bankruptcy cases and proceedings to bankruptcy judges pursuant to 28 U.S.C. § 157(a).**

2.    Immediate Reference to Bankruptcy Appellate Panels.

Upon filing of the notice of appeal, all appeals are immediately referred to the bankruptcy appellate panel service.


3. Election to District Court  - Separate Written Statement Required.

A party desiring to transfer the hearing of an appeal from the bankruptcy appellate panel service to the district court pursuant to 28 U.S.C. § 158(c)(1) shall timely file a separate written statement of election expressly stating that the party elects to have the appeal transferred from the  bankruptcy appellate panel service to the district court.

(a)  Appellant: If the appellant wishes to make such an election, appellant must file a separate written statement of election with the clerk of the bankruptcy court at the time of filing the notice of appeal.  Appellant shall submit the same number of copies of the statement of election as copies of the notice of appeal. See Bankruptcy Rule 8001(a).  When such an election is made, the clerk of the bankruptcy court shall forthwith transfer the case to the district court. The clerk of the bankruptcy court shall give notice to all parties and the clerk of the bankruptcy appellate panels of the transfer at the same time and in the same manner as set forth for serving notice of the appeal in Bankruptcy Rule 8004.

(b)  All Other Parties: In all appeals where appellant does not file an election, the clerk of the bankruptcy court shall forthwith transmit a copy of the notice of appeal to the clerk of the bankruptcy appellate panels.  If any other party wishes to have the appeal heard by the district court, that party must, within thirty (30) days after service of the notice of appeal, file with the clerk of the bankruptcy appellate panels a written statement of election to transfer the appeal to the district court. Upon receipt of a timely statement of election filed under this section, the clerk of the bankruptcy appellate panels shall forthwith transfer the appeal to the appropriate district court and shall give notice of the transfer to the parties and the clerk of the bankruptcy court. Any question as to the timeliness of an election shall be referred by the clerk of the bankruptcy appellate panels to a bankruptcy appellate panel motions panel for determination.


4.    MOTIONS DURING ELECTION PERIOD

All motions relating to an appeal shall be filed with the bankruptcy appellate panel service unless the case has been transferred to a district court.  The bankruptcy appellate panels may not dismiss or render a final disposition of an appeal within thirty (30) days from the date of service of the notice of appeal,  but may otherwise fully consider and dispose of all motions.

2

5.    PANELS

Each appeal shall be heard and determined by a panel of three judges from among those appointed pursuant to paragraph 6, provided however that a bankruptcy judge shall not participate in an appeal originating in a district for which the judge is appointed or designated under 28 U.S.C. § 152. In addition, the panel may hear and determine appeals en banc under rules promulgated by and approved as provided in section 8 of this order.

6.    MEMBERSHIP OF BANKRUPTCY APPELLATE PANELS

The bankruptcy appellate panel shall consist of seven members serving seven-year terms (subject to reappointment to one additional three-year term). The judicial council shall periodically examine the caseload of the bankruptcy appellate panel service to assess whether the number of bankruptcy judges serving should change. Appointment of regular and pro tem bankruptcy judges to service on the bankruptcy appellate panel shall be governed by regulations promulgated by the Judicial Council.

(a) When a three-judge panel cannot be formed from the judges designated under subparagraph (a) to hear a case because judges have recused themselves, are disqualified from hearing the case because it arises from their district, or are otherwise unable to participate, the Chief Judge of the Ninth Circuit may designate one or more other bankruptcy judge(s) from the circuit to hear the case.

(b) In order to provide assistance with the caseload or calendar relief, to constitute an en banc panel, or otherwise to assist the judges serving, or to afford other bankruptcy judges with the opportunity to serve on the bankruptcy appellate panels, the Chief Judge of the Ninth Circuit may designate from time to time one or more other bankruptcy judge(s) from the circuit to participate in one or more panel sittings.

7.    CHIEF JUDGE

The members of the bankruptcy appellate panel service by majority vote shall select one of their number to serve as chief judge.

3

8.   **RULES OF PROCEDURE**

(a)   Practice before the bankruptcy appellate panels shall be governed by Part VIII of the Federal Rules of Bankruptcy Procedure, except as provided in this order or by rule of the bankruptcy appellate panel service adopted under subparagraph (b).

(b)   The bankruptcy appellate panel service may establish rules governing practice and procedure before bankruptcy appellate panels not inconsistent with the Federal Rules of Bankruptcy Procedure.  Such rules shall be submitted to, and approved by, the Judicial Council of the Ninth Circuit.

9.   **PLACES OF HOLDING COURT.**

Bankruptcy appellate panels may conduct hearings at such times and places within the Ninth Circuit as it determines to be appropriate.

10.   **CLERK AND OTHER EMPLOYEES.**

(a) Clerk's Office.  The members of the bankruptcy appellate panel service shall select and hire the clerk of the bankruptcy appellate panel.  The clerk of the bankruptcy appellate panel may select and hire staff attorneys and other necessary staff. The chief judge shall have appointment authority for the clerk, staff attorneys and other necessary staff.  The members of the bankruptcy appellate panel shall determine the location of the principal office of the clerk.

(b) Law Clerks.  Each judge on the bankruptcy appellate panel service shall have appointment authority to hire an additional law clerk.

11.   **EFFECTIVE DATE**

This Order shall be effective as to all appeals originating in those bankruptcy cases that are filed after the effective date of this Order. For all appeals originating in those bankruptcy cases that were filed before October 22, 1994, the Judicial Council's prior Amended Order, as revised October 15, 1992, shall apply.  This Order, insofar as just and practicable, shall apply to all appeals originating in those bankruptcy cases that were filed after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994, but before the date of this Order.

IT IS SO ORDERED.

DATE: April 28, 1995; amended May 9, 2002, amended May 4, 2010.

## TRANSCRIPT ORDERING INSTRUCTIONS

**TRANSCRIPT REQUESTS**
A separate form must be completed for **each** hearing date requested. **Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.**

Four (4) types of transcript orders:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of the deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of the deposit.
- **Expedited:** A transcript to be delivered within seven (7) calendar days after receipt of the deposit.
- **Daily:** A transcript to be delivered within 24 hours after receipt of the deposit.

**Note:** The Court does not accept fax or telephonic transcript requests.

**341(a) MEETING OF CREDITORS:**
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

**TRANSCRIPT PROCESSING**
The Court does not transcribe court proceedings. When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the *Transcript Order Form*. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider underline directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court.

**TRANSCRIPT COSTS/FORMS OF PAYMENT**
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts). Submit *Transcript Order Form* to the division in which the matter was heard:

| DIVISION | ADDRESS |
|---|---|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street, Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

*Revised July 1, 2013*



# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**AD HOC TRANSCRIPTION, LLC**
241 Sussex Avenue
Newton, NJ 07860
Ph:(888) 516-5553
Fax: (800) 878-5061
Email: info@adhoctranscription.com
www.AdHocTranscription.com

**AVTRANZ**
388 Market Street, Suite 1300
San Francisco, CA 94111
Ph:(800) 257-0885
Fax: (866) 954-9068
Email: sales@avtranz.com
www.AVTranz.com

**BRIGGS REPORTING CO., INC.**
6336 Greenwich Drive, Suite B
San Diego, CA 92122
Ph: (310) 410-4151
Fax: (858) 453-9625
Email:briggs_reporting@sbcglobal.net
www.BriggsReporting.com

**ECHO REPORTING, INC.**
6336 Greenwich Drive, Suite B
San Diego, CA 92122
Ph:(858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**ESCRIBERS, LLC**
700 W. 192nd Street, Suite 607
New York, NY 10040
Ph:(213) 943-3843
Fax: (973) 954-5619
Email: operations@escribers.net
www.eScribers.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**TERRY GRIBBEN'S TRANSCRIPTION SERVICE**
27 Beach Road, Unit 4
Monmouth Beach, NJ 07750
Ph: (800) 603-6212
Fax: (732) 263-0075
Email: Tracy@tgribbentranscription.com
www.TGribbenTranscription.com

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7119
Email: settings@benhyatt.com
www.BenHyatt.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

ORDER No. _____

CHAPTER _____

APPEAL _____

Ordering Party's Name: _____ Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact: _____

Telephone: (_____)_____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete 1 order form for each hearing date**): _____ Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: SELECT _____Courtroom #: SELECT _____

**TRANSCRIBER:** SELECT _____ **ALTERNATE:** SELECT _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Ordered:** | **NOTE:** Transcript due dates are computed from the date the deposit is received by the Transcription Service Provider. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **_Transcript Costs/Forms of Payment_**. |
|---|---|

☐ Ordinary (30 days)   ☐ Entire Hearing
☐ 14 Days   ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)   ☐ Testimony of Witness _____
☐ Daily (24 hours)   ☐ Other* _____ (name of witness)
☐ Copy Only**   Number of Copies _____

*Special Instructions: _____

**Copy Only** refers to requesting a transcript that has already been produced for the hearing. The Court is not responsible for determining if a hearing has been previously transcribed. The ordering party must check the case docket to determine if a filed copy of the transcript already exists before ordering a transcript.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript:** Forward a copy of this form to Leo Roeder/Procurement for special processing. **Transcriber shall contact Procurement (213) 894-3836 with price quote _prior_ to commencement of work.**

Date Request Received: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording
Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

Analog Tape Recording
Tape #: _____ Index #: _____ to _____   Tape #: _____ Index #: _____ to _____

Court Recorder: _____ Division: SELECT _____ Processed by: _____

*Revised July 1, 2013. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

DAVID L. NEALE (SBN 141225)
IRV M. GROSS (SBN 53659)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Emails: dln@lnbyb.com; img@lnbyb.com; tma@lnbyb.com

Counsel for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CT-1 HOLDINGS, LLC,<br><br>Debtor. | Case No. 2:10-bk-19927-BR<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-1281-BR |
| SCREEN CAPITAL INTERNATIONAL CORP., derivatively on behalf of the estate of CT-1 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERMEDIA FILM EQUITIES USA, INC.,<br><br>Defendant. | **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE THAT** Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of the above-captioned debtor, appeals from the "Order Granting Defendant Intermedia Film Equities, USA, Inc.'s Motion to Dismiss Plaintiff's

-1-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 12 of 49   Page ID #:33

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document      Page 12 of 49
Case 2:13-ap-01281-BR    Doc 30   Filed 12/02/13   Entered 12/02/13 10:14:17   Desc
Main Document      Page 2 of 9

Complaint" entered by the Bankruptcy Court on November 18, 2013 (the "Order"). A copy of the

Order is attached hereto as Exhibit "1."

The parties to the Order appealed from and the names and addresses of their respective

attorneys are as follows:

| Parties | Represented By: |
|---|---|
| Plaintiff Screen Capital International Corp, derivatively on behalf of the estate of the above-captioned debtor | David L. Neale<br>Irving M. Gross<br>Todd M. Arnold<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244 |
| Defendant Intermedia Film Equities, USA, Inc. | Alex M. Weingarten<br>Eric J. Bakewell<br>Logan M. Elliot<br>Vartanoush M. Defterderian<br>Weingarten Brown LLP<br>10866 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90024-4340<br>Telephone: (310) 229-9300<br>Facsimile: (310) 229-9380<br><br>Victor A. Sahn<br>Steven F. Werth<br>SulmeyerKupetz<br>A Professional Corporation<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071-1406<br>Telephone: (213) 626-2311<br>Facsimile: (213) 629-4520 |

Dated:  December 2, 2013

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.

By:____/s/ Todd M. Arnold_____
       DAVID L. NEALE
       IRV M. GROSS
       TODD M. ARNOLD
       Counsel for Plaintiff

-2-

# EXHIBIT "1"

1  DAVID L. NEALE (SBN 141225)
   IRV M. GROSS (SBN 53659)
2  TODD M. ARNOLD (SBN 221868)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Emails: dln@lnbyb.com; img@lnbyb.com; tma@lnbyb.com
6
7  Counsel for Plaintiff

FILED & ENTERED

NOV 18 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re:                              Case No. 2:10-bk-19927-BR

13  CT-1 HOLDINGS, LLC,                 Chapter 11

14                          Debtor.     Adv. No. 2:13ap-01281-BR

15

16  SCREEN CAPITAL INTERNATIONAL        ALTERNATE ORDER GRANTING
    CORP., derivatively on behalf of the estate of   DEFENDANT INTERMEDIA FILM
17  CT-1 HOLDINGS, LLC,                 EQUITIES USA, INC.'S MOTION TO
                                        DISMISS PLAINTIFF'S COMPLAINT
18                          Plaintiff,

19              v.                      Hearing
                                        Date:   October 15, 2013
20  INTERMEDIA FILM EQUITIES USA INC,   Time:   10:00 a.m.
                                        Place:  Courtroom "1668"
21                          Defendant.          255 East Temple Street
                                                Los Angeles, CA 90012
22

23

24

25

26

27

28

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 15 of 49   Page ID #:36

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                        Main Document      Page 15 of 49
Case 2:13-ap-01281-BR   Doc 30   Filed 12/03/13   Entered 12/03/13 10:04:05   Desc
                        Main Document      Page 2 of 8

1          A hearing was held at the above-referenced date, time and location to consider the

2   motion (the "Motion") of Defendant Intermedia Film Equities USA, Inc. ("Intermedia") to

3   dismiss Plaintiff Screen Capital International Corp.'s complaint against Intermedia.

4   Appearances were made as set forth on the record of the Court.

5          Upon consideration of the Motion, all supporting and opposing documents, and

6   argument, IT IS HEREBY ORDERED THAT:

7          1.     The Motion is GRANTED for the reasons stated on the record of the Court.

8          2.     Defendant Intermedia and all claims against it are DISMISSED WITH

9   PREJUDICE.

10         IT IS SO ORDERED.

11                                    # # #

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: November 18, 2013

25                                                    Barry Russell
                                                      United States Bankruptcy Judge
26

27

28

                                          1

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):   **ALTERNATE ORDER GRANTING DEFENDANT INTERMEDIA FILM EQUITIES USA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** ☐ Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **October 29, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

David E Ahdoot on behalf of Interested Party Courtesy NEF
dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com

Todd M Arnold on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
tma@lnbyb.com

Eric J Bakewell on behalf of Defendant Intermedia Film Equities USA, Inc.
ejb@wbllp.com, vmd@wbllp.com;lme@wbllp.com;aw@wbllp.com;slc@wbllp.com;docket@wbllp.com

Jacqueline L James on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
jlj@lnbyb.com, marla@lnbyb.com

David L. Neale on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
dln@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Defendant Intermedia Film Equities USA, Inc.
swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com

☐ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 17 of 49   Page ID #:38

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document      Page 17 of 49
Case 2:13-ap-01281-BR   Doc 20   Filed 12/08/13   Entered 12/08/13 10:04:05   Desc
Main Document      Page 7 of 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Case 2:13-cv-09072-JGB Document 4 Filed 12/09/13 Page 18 of 49 Page ID #:39

Case 2:13-ap-01281-BR Doc 34 Filed 12/04/13 Entered 12/04/13 14:10:01 Desc
Main Document Page 18 of 49
Case 2:13-ap-01281-BR Doc 30 Filed 12/02/13 Entered 12/02/13 10:14:17 Desc
Main Document Page 8 of 9

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 2, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David E Ahdoot on behalf of Interested Party Courtesy NEF
dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com

Todd M Arnold on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
tma@lnbyb.com

Eric J Bakewell on behalf of Defendant Intermedia Film Equities USA, Inc.
ejb@wbllp.com, vmd@wbllp.com;lme@wbllp.com;aw@wbllp.com;slc@wbllp.com;docket@wbllp.com

Jacqueline L James on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
jlj@lnbyb.com, marla@lnbyb.com

David L. Neale on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
dln@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Defendant Intermedia Film Equities USA, Inc.
swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) ) **December 2, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**N/A**

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 2, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served By Personal Delivery**
The Hon. Barry Russell
United States Bankruptcy Court
255 East Temple Street
Courtroom 1668
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 2, 2013 | Lourdes Cruz | /s/ Lourdes Cruz |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**

DAVID L. NEALE (SBN 141225)
IRV M. GROSS (SBN 53659)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA  90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Emails: dln@lnbyb.com; img@lnbyb.com; tma@lnbyb.com

Counsel for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CT-1 HOLDINGS, LLC,<br><br>Debtor. | Case No. 2:10-bk-19927-BR<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-1281-BR |
| SCREEN CAPITAL INTERNATIONAL CORP., derivatively on behalf of the estate of CT-1 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERMEDIA FILM EQUITIES USA, INC.,<br><br>Defendant. | **STATEMENT OF ELECTION PURSUANT TO 28 U.S.C. 158(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(e) TO HAVE APPEAL HEARD BY DISTRICT COURT** |

-1-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 21 of 49   Page ID #:42

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                    Main Document      Page 21 of 49
Case 2:13-ap-01281-BR   Doc 31   Filed 12/02/13   Entered 12/02/13 10:22:31   Desc
                    Main Document      Page 2 of 4

1    **TO ALL PARTIES IN INTEREST:**

2        **PLEASE TAKE NOTICE** that Screen Capital International Corp., derivatively on behalf

3    of the estate of the above-captioned debtor, hereby submits its election to have its appeal of the

4    "Order Granting Defendant Intermedia Film Equities USA, Inc.'s Motion to Dismiss Plaintiff's

5    Complaint" heard by the United States District Court for the Central District of California pursuant

6    to 28 U.S.C. 158(c)(1)(A) and Federal Rule of Bankruptcy Procedure 8001(e).

7    Dated: December 2, 2013                LEVENE, NEALE, BENDER, YOO
8                                              & BRILL L.L.P.

9                                    By:____/s/ Todd M. Arnold_____
                                          DAVID L. NEALE
10                                         IRV M. GROSS
                                          TODD M. ARNOLD
11                                         Counsel for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

# PROOF OF SERVICE OF DOCUMENT

1

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business
2   address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

3   A true and correct copy of the foregoing document entitled (specify): *STATEMENT OF ELECTION
*PURSUANT TO 28 U.S.C. 158(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(e) TO
4   *HAVE APPEAL HEARD BY DISTRICT COURT* will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to
6   controlling General Orders and LBR, the foregoing document will be served by the court via NEF and
hyperlink to the document. On (date) **December 2, 2013**, I checked the CM/ECF docket for this
7   bankruptcy case or adversary proceeding and determined that the following persons are on the
Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

8
David E Ahdoot on behalf of Interested Party Courtesy NEF
9   dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com

10  Todd M Arnold on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
11  tma@lnbyb.com

12  Eric J Bakewell on behalf of Defendant Intermedia Film Equities USA, Inc.
ejb@wbllp.com, vmd@wbllp.com;lme@wbllp.com;aw@wbllp.com;slc@wbllp.com;docket@wbllp.com

13  Jacqueline L James on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
14  jlj@lnbyb.com, marla@lnbyb.com

15  David L. Neale on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the
estate of CT-1 Holdings, LLC
16  dln@lnbrb.com

17  United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov
18
Steven Werth on behalf of Defendant Intermedia Film Equities USA, Inc.
19  swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com

20  **2. SERVED BY UNITED STATES MAIL:** On (date) ) December 2, 2013, I served the following persons
and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a
21  true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid,
and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
22  completed no later than 24 hours after the document is filed.

23  N/A

24  **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
25  (date) **December 2, 2013**, I served the following persons and/or entities by personal delivery, overnight
mail service, or (for those who consented in writing to such service method), by facsimile transmission
26  and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or
overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

27

28

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 23 of 49   Page ID #:44

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                          Main Document      Page 23 of 49
Case 2:13-ap-01281-BR    Doc 31   Filed 12/02/13   Entered 12/02/13 10:22:31   Desc
                          Main Document      Page 4 of 4

1

2   **Served By Personal Delivery**
    The Hon. Barry Russell
    United States Bankruptcy Court
3   255 East Temple Street
    Courtroom 1668
    Los Angeles, CA 90012
4

5   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
    correct.

6

    | December 2, 2013 | Lourdes Cruz | /s/ Lourdes Cruz |
    | Date | Printed Name | Signature |

7

8   This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    *June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID L. NEALE (SBN 141225)
IRV M. GROSS (SBN 53659)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA  90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Emails:  dln@lnbyb.com; img@lnbyb.com; tma@lnbyb.com

Counsel for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CT-1 HOLDINGS, LLC,<br><br>                                        Debtor. | Case No. 2:10-bk-19927-BR<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-1281-BR |
| SCREEN CAPITAL INTERNATIONAL CORP., derivatively on behalf of the estate of CT-1 HOLDINGS, LLC,<br><br>                                        Plaintiff,<br><br>v.<br><br>INTERMEDIA FILM EQUITIES USA, INC.,<br><br>                                        Defendant. | **PLAINTIFF APPELLANT'S (1) NOTICE OF RELATED CASES (L.R. 83-1.3) AND (2) CERTIFICATION AS TO INTERESTED PARTIES (L.R. 7.1-1)** |

-1-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 25 of 49   Page ID #:46

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document      Page 25 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document      Page 2 of 26

**PLEASE TAKE NOTICE THAT** Screen Capital International Corp, derivatively on behalf of the estate of the above-captioned debtor ("<u>Appellant</u>"), hereby files its (1) Notice of Related Cases (L.R. 83-1.3) and (2) Certification as to Interested Parties (L.R. 7.1-1) regarding its appeal of the "Order Granting Defendant Intermedia Film Equities USA, Inc.'s Motion to Dismiss Plaintiff's Complaint" entered by the Bankruptcy Court on November 18, 2013.

## <u>NOTICE OF RELATED CASES (L.R. 83-1.3)</u>

The following motions for a withdraw of the reference and appeals are pending before, or have been determined by, The Honorable Philip S. Gutierrez of the United States District Court for the Central District of California (the "<u>District Court</u>").  All of the following motions and appeals arose in the context of the related bankruptcy cases (the "<u>Bankruptcy Cases</u>") of R2D2, LLC (2:10-bk-19924-BR), CT-1 HOLDINGS, LLC (2:10-bk-19927-BR), CAPCO GROUP, LLC (2:10-bk-19929-BR), CAPITOL FILMS DEVELOPMENT, LLC (2:10-bk-19938-BR), and THINKFILM, LLC (2:10-bk-19912-BR) (the "<u>Debtors</u>"), or adversary proceedings therein, and appear to be related to the instant appeal.

1.   <u>MOTIONS TO WITHDRAW THE REFERENCE REGARDING THE TFC ADVERSARY PROCEEDINGS.</u>

2:12-cv-6714-PSG, 2:12-cv-6715-PSG, 2:12-cv-6716-PSG, 2:12-cv-6717-PSG, 2:12-cv-6718-PSG each captioned <u>Screen Capital International Corp. v. TFC Library, LLC et. al</u> – In these cases, certain defendants filed motions (or joined in motions) to withdraw the reference of the underlying adversary proceedings (the "<u>TFC Adversary Proceedings</u>").  The District Court denied the motions.

2.   <u>APPEALS OF INJUNCTION ORDERS ENTERED IN THE TFC ADVERSARY PROCEEDINGS.</u>

2:12-cv-5694-PSG; 2:12-cv-5695-PSG; 2:12-cv-5697-PSG; 2:12-cv-5700-PSG; 2:12-cv-

-2-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 26 of 49   Page ID #:47

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                        Main Document       Page 26 of 49
Case 2:13-ap-01281-BR   Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                        Main Document       Page 3 of 26

1   5705-PSG each captioned <u>Screen Capital International Corp. v. TFC Library, LLC et. al</u> – In these

2   cases, certain defendants appealed injunction orders entered by the Bankruptcy Court in the TFC

3   Adversary Proceedings.  These cases raised some of the same issues that will be before the District

4   Court in this appeal – whether or not a release agreement (the "<u>Release</u>") applies to Appellant and

5   bars Appellant from asserting claims.  The District Court affirmed the injunction orders.

6        3.       APPEALS OF DISMISSAL ORDERS ENTERED IN THE TFC ADVERSARY

7                 PROCEEDINGS.

8           2:13-cv-5537-PSG, 2:13-cv-5538-PSG, 2:13-cv-5539-PSG, 2:13-cv-5543-PSG, 2:13-cv-

9   5551-PSG, 2:13-cv-5576-PSG, 2:13-cv-5577-PSG 2:13-cv-5581-PSG, 2:13-cv-5592-PSG, 2:13-

10  cv-5694-PSG each captioned <u>Screen Capital International Corp. v. TFC Library, LLC</u> or <u>Screen</u>

11  <u>Capital International Corp.  v. Library Asset Acquisition Company, Ltd.</u> – In these cases,

12  Appellant appealed orders entered by the Bankruptcy Court in the TFC Adversary Proceedings

13  dismissing Appellant's second amended complaint.  These appeals are pending before the District

14  Court and the appeals pertaining to TFC Library, LLC raise some of the same issues that will be

15  before the District Court in this appeal – whether or not the Release applies to Appellant and bars

16  Appellant from asserting claims.

17       4.       APPEALS OF DISMISSAL ORDERS ENTERED IN OTHER ADVERSARY

18                PROCEEDINGS.

19          2:13-cv-6328-PSG, 2:13-cv-6452-PSG, 2:13-cv-6487-PSG, 2:13-cv-6615-PSG, 2:13-cv-

20  7668-PSG – In these cases, Appellant appealed orders entered by the Bankruptcy Court in

21  adversary proceedings dismissing Appellant's complaints or amended complaints.  These appeals

22  are pending before the District Court and raise some of the same issues that will be before the

23  District Court in this appeal – <u>e.g.</u>, whether or not the Release applies to Appellant and bars

24  Appellant from asserting claims and whether Appellant stated its claims with the required

25  specificity.

26

27

28

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 27 of 49   Page ID #:48

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document     Page 27 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document     Page 4 of 26

1    5.    APPEALS OF CLAIM DISALLOWANCE ORDERS.

2        2:12-cv-05947-PSG, 2:12-cv-05950-PSG, 2:12-cv-05954-PSG, 2:12-cv-05956-PSG, 2:12-

3    cv-05957-PSG each captioned <u>Aramid Entertainment Fund, Ltd. et al v. Ronald Tutor, et al.</u> – In

4    these cases, certain claimants appealed orders entered by the Bankruptcy Court disallowing claims

5    based the same Release that will be at issue in the instant appeal.  This District Court affirmed the

6    claim disallowance orders.

7    6.    APPEALS OF ORDERS REGARDING CONTROL OF PANGEA MEDIA

8          GROUP, LLC.

9        2:12-cv-1627-PSG captioned <u>David Bergstein v. Ronald Durkin</u> and 2:12-cv-01886-PSG

10   captioned <u>Ronald Tutor v. Ronald Durkin</u> – These cases relate to identical appeals from identical

11   orders entered in the Bankruptcy Cases regarding the authority to control an entity named Pangea

12   Media Group, LLC.  The District Court affirmed the orders.

13   7.    APPEALS OF ORDERS DENYING MOTIONS TO DISMISS BANKRUPTCY

14         CASES.

15       2:12-cv-09795-PSG captioned <u>David Bergstein v. Aramid Entertainment Fund Limited, et

16   al.</u> – This case relates to the consolidated appeals by David Bergstein ("<u>Bergstein</u>") of orders

17   entered by the Bankruptcy Court denying Bergstein's motions to dismiss the Bankruptcy Cases.

18   The District Court denied Bergstein's related motions for leave to appeal the underlying orders.

19   8.    APPEALS OF ORDERS DENYING MOTIONS FOR AUTHORITY TO

20         PROSECUTE CLAIMS OF THE DEBTORS' ESTATES.

21       2:12-cv-09829-PSG captioned <u>David Bergstein v. Aramid Entertainment Fund Limited, et

22   al.</u> – This case relates to the consolidated appeals by Bergstein of orders entered by the Bankruptcy

23   Court denying Bergstein's motions for authority to prosecute claims of the Debtors' estates.  The

24   District Court denied Bergstein's related motions for leave to appeal the underlying orders.

25

26

27

28                                                  -4-

1     9.     APPEALS OF ORDERS DENYING MOTIONS FOR RECONSIDERATION OF

2            ORDERS FOR RELIEF.

3         2:12-cv-02914-PSG, 2:12-cv-02917-PSG, and 2:12-cv-02937-PSG – These cases relate to

4    the appeals by Bergstein of orders entered by the Bankruptcy Court denying Bergstein's motions

5    for reconsideration of the orders for relief entered against certain of the Debtors.  The District

6    Court dismissed the appeals.

7     10.    APPEALS OF ORDERS APPROVING SETTLEMENT.

8         2:13-cv-3978-PSG – This case relates to the consolidated appeal of 6 appeals filed by

9    Bergstein and Ronald Tutor of orders entered by the Bankruptcy Court approving a settlement

10   between the Chapter 11 Trustee and certain other parties.  This appeal is pending with the District

11   Court.

12    11.    OTHER MOTIONS TO WITHDRAW THE REFERENCE REGARDING OTHER

13           ADVERSARY PROCEEDINGS.

14        2:12-cv-10080-PSG, 2:12-cv-10081-PSG, 2:12-cv-10082-PSG, 2:12-cv-10083-PSG, 2:13-

15   cv-2740-PSG – In these cases, certain defendants filed motions to withdraw the reference of the

16   underlying adversary proceedings. The District Court denied the motions.

17

18              **CERTIFICATION AS TO INTERESTED PARTIES (L.R. 7.1-1)**

19

20        The undersigned, counsel of record for Appellant, certify that the following listed parties

21   may have a pecuniary interest in the outcome of this case.  These representations are made to

22   enable the Court to evaluate possible disqualification or recusal.

23        • David Bergstein

24        • Ronald Tutor

25        • TFC Library, LLC

26        • Library Asset Acquisition Company, Ltd.

27

28                                        -5-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 29 of 49   Page ID #:50

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                Main Document      Page 29 of 49
    Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                Main Document      Page 6 of 26

1      •   Zelus, LLC

2      •   K-JAM Productions, LLC

3      •   Farhaad Saadat aka Farokh Saadat

4      •   Amir Ghanouni

5      •   Lawrence Davis aka Larry Davis

6      •   Sara Bergstein

7      •   Capitol Films, LLC

8      •   Intermedia Film Equities USA, Inc.

9      •   R2D2, LLC and its alleged/potential direct and indirect subsidiaries, including:

10       o   AAE Holdings, LLC

11       o   AAE Productions, LLC

12       o   AALAC, LLC

13       o   Beautiful Films Limited

14       o   Bontempo Finance, LLC

15       o   Bontempo Holdings, LLC

16       o   Bontempo Productions, LLC

17       o   Bordertown Productions, Inc.

18       o   Bordertown Productions, LLC

19       o   Capco TF Holdings LLC

20       o   Capco US Film Holdings LLC

21       o   Capitol Films Development, LLC

22       o   Capitol Films Limited

23       o   Capitol Films Partners Limited

24       o   Capitol Films Production Limited

25       o   Capitol Films Productions, LLC

26       o   Capitol Films U.S., LLC

27

28

1    o   Capitol Films, Group, Ltd.

2    o   CapoCo Group, LLC

3    o   Cerulean Productions, LLC

4    o   CF Acquisitions LLC

5    o   Chaos Distribution, Inc.

6    o   Clairvoyant Productions, Inc.

7    o   CT-1, LLC

8    o   Dandelion Holdings, LLC

9    o   De Lane Lea (Post Production) Limited

10   o   Dead Fish Distribution, Inc.

11   o   Fade Out Productions, LLC

12   o   Five Dollar Finance, LLC

13   o   Five Dollar Productions LLC

14   o   FOTP Productions Inc.

15   o   FPLAC LLC

16   o   Full Measure Productions, LLC

17   o   Harmony Productions (UK) Limited

18   o   IM Global Limited

19   o   IMG Acquisitions Limited

20   o   Lake Distribution, Inc.

21   o   Lake Productions, Inc.

22   o   Last Full Measure Finance, LLC

23   o   Lavender Productions, LLC

24   o   LFM Finances, LLC

25   o   MEI Films Limited

26   o   Mobius .45 Productions, LLC

27

28

-7-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 31 of 49   Page ID #:52

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                          Main Document      Page 31 of 49
    Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                          Main Document      Page 8 of 26

1         o   Mobprod 06, Inc.

2         o   Nailed Productions, LLC

3         o   NM Productions LLC

4         o   Orange Acquisitions, LLC

5         o   Plum Productions, LLC

6         o   Production Management Services, LLC

7         o   Psammead Productions (IOM) Limited

8         o   Reel Clandestine LLC

9         o   Reel Devilish Limited

10        o   Reel Dusty LLC

11        o   Reel Lucky Limited

12        o   Reel Mary Limited

13        o   Reel Snowy LLC

14        o   Reel Transit Investments, LLC

15        o   Reel Transit LLC

16        o   Reel Transit Productions, LLC

17        o   Reely Good Times Limited

18        o   Sandfairy Merchandising Limited

19        o   Sandfairy Productions Limited

20        o   Scheherezade Films Limited

21        o   TBT Productions, LLC

22        o   TF Canada Acquisition Corporation

23        o   TF Canada Services Corporation

24        o   TF Canadian Library Holdings LLC

25        o   The Last Word Movie, LLC

26        o   ThinkFilm, LLC

27

28

-8-

Case 2:13-cv-09072-JGB  Document 4  Filed 12/09/13  Page 32 of 49  Page ID #:53

Case 2:13-ap-01281-BR    Doc 34    Filed 12/04/13    Entered 12/04/13 14:10:01    Desc
                Main Document       Page 32 of 49
    Case 2:13-ap-01281-BR    Doc 32    Filed 12/02/13    Entered 12/02/13 10:29:36    Desc
                Main Document       Page 9 of 26

1                   o   Wendell Distribution, Inc.

2                   o   Wendell Productions, Inc.

3                   o   Zoopraxis Film Assets LLC

4          •   Ronald L. Durkin, Chapter 11 Trustee of the bankruptcy estates of R2D2, LLC, CT-

5              1, LLC, CapoCo Group, LLC, Capitol Films Development, LLC, ThinkFilm, LLC

6          •   The petitioning creditors and other alleged creditors in the bankruptcy cases of

7              R2D2, LLC, CT-1, LLC, CapoCo Group, LLC, Capitol Films Development, LLC,

8              ThinkFilm, LLC, including the following:

9                   o   1 A.M. Music

10                  o   10th & Wolf LLC

11                  o   2121 Avenue of the Starts LLC

12                  o   42 West LLC

13                  o   Abernathy Productions LLC

14                  o   Accountemps Div. of Robert Half International

15                  o   Ackerman-Tolchin Cinemas

16                  o   Acme Trailer Company, LLC

17                  o   Advantage Arbitration & Mediation Ser

18                  o   AFCO

19                  o   Agape Partners Multimedia LLC

20                  o   Allance Entertainment Group

21                  o   Alliance Atlantis

22                  o   Allied Advertising Limited Partnership

23                  o   Alphabet City Pictures

24                  o   Alternative Distribution Ltd

25                  o   AMC Theatres

26                  o   American Broadcasting Companies, Inc.

27

28                                         -9-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 33 of 49   Page ID #:54

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document        Page 33 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document        Page 10 of 26

| | | |
|---|---|---|
| 1 | o | American Express Travel Related Svc |
| 2 | o | Andy Gruenberg |
| 3 | o | Angelika Schubert |
| 4 | o | Anthem Blue Cross |
| 5 | o | Aramid Entertainment B.V. (sucessor to Allied Irish Banks) |
| 6 | o | Aramid Entertainment Fund Limited |
| 7 | o | Arrowhead Direct |
| 8 | o | Assurant |
| 9 | o | Aura Entertainment LLC |
| 10 | o | Baci Corp. |
| 11 | o | Bank Robber Music |
| 12 | o | Barnes Law Firm (Michael Barnes Law Firm P.C. dba as Barnes Law Firm) |
| 13 | o | Barnes Morris Klein Mark Yorn |
| 14 | o | Barracuda Films LLC |
| 15 | o | Beastie Boys |
| 16 | o | Berger Kahn |
| 17 | o | Bernard National Loan Investors, Ltd. (Fortress) |
| 18 | o | Big Fat Brain |
| 19 | o | Blockbuster Canada Corp |
| 20 | o | Blue Van LLC |
| 21 | o | Brooklyn Limosine Service LLC |
| 22 | o | BWR Public Relations |
| 23 | o | Cable News Network, Inc. |
| 24 | o | CAC GROUP, INC. (assignee of Stephens Investment Holdings, LLC) |
| 25 | o | California Copier Service |
| 26 | o | Capital Group Holdings LLC |
| 27 | | |
| 28 | | |

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 34 of 49   Page ID #:55

Case 2:13-ap-01281-BR    Doc 34    Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document        Page 34 of 49
Case 2:13-ap-01281-BR    Doc 32    Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document        Page 11 of 26

| | | |
|---|---|---|
| 1 | o | Capitol Films Development LLC |
| 2 | o | Carol Baum Productions |
| 3 | o | Carol Baum Productions |
| 4 | o | Cary Epstein, Trustee, Epstein & Beuerlein Defined Benefit Pension Plan & |
| 5 | | Trust |
| 6 | o | Cast & Crew Talent Services |
| 7 | o | Cedar Lee Theatre |
| 8 | o | Celluloid Hereos Inc. |
| 9 | o | Chabot Space and Science Center |
| 10 | o | Channelside Cinemas Inc. |
| 11 | o | Charles Theatre |
| 12 | o | Cinemark USA Inc. |
| 13 | o | Cineplex Galaxy LP |
| 14 | o | Cineplex Odeon Corporation |
| 15 | o | CIT Technology Fin Serv Inc. |
| 16 | o | Cloutier Agency |
| 17 | o | Cold Open |
| 18 | o | ConEdison |
| 19 | o | Contentfilm Inc. |
| 20 | o | Corus Radio Company |
| 21 | o | Creative Light Entertainment LLC |
| 22 | o | Crest Theatre |
| 23 | o | Crew Creative Advertising LLC |
| 24 | o | CRT Film & Video LLC |
| 25 | o | Cut Entertainment Group |
| 26 | o | Damron Production Services |
| 27 | | |
| 28 | | |

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 35 of 49   Page ID #:56

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document      Page 35 of 49
Case 2:13-ap-01281-BR   Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document      Page 12 of 26

1      o  Dark Productions LLC

2      o  David Tuckerman

3      o  DB Zwirn

4      o  De Lane Lea

5      o  Dead Meat LLC

6      o  Deep Sea Bait and Chum LLC

7      o  Delancy Street Foundation

8      o  Detroit Riot Productions LLC

9      o  DIRECTORS GUILD OF AMERICA, INC.

10      o  Directors Guild of America, Inc. - Producer Pension and Health Plans

11      o  Discovery Communications Inc.

12      o  Disney Screening Rooms

13      o  Donald Carroll

14      o  Dox Productions Ltd.

15      o  Dream Entertainment

16      o  Dreamz SA

17      o  Drexel Theatres Group

18      o  Eating The Bones Productions Inc.

19      o  Empire Design

20      o  Employment Development Department

21      o  Entertainment Cinemas

22      o  Epstein Beueriein Pension Plan & Trust

23      o  Equinox Entertainment

24      o  Eric Watson

25      o  Esquire Theatre Ltd.

26      o  Evan Warshawsky

27

28

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 36 of 49   Page ID #:57

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                    Main Document      Page 36 of 49
      Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                    Main Document      Page 13 of 26

1        o   Evolution QC LLC

2        o   Famous Players Limited

3        o   Farhad Saadat, S & F Holdings

4        o   Federal Express

5        o   Fedex

6        o   FEI Theatres

7        o   Festival Cinemas

8        o   Film Fleet of Louisana, L.L.C.

9        o   Film Musicians Secondary Markets Fund

10       o   Film One Productions Inc.

11       o   Foresight Unltd LLC

12       o   Fortress Value Recovery Fund I, LLC

13       o   Four Seasons Hotel

14       o   Franchise Tax Board

15       o   Franklin Weinrib Rudell & Vassallo

16       o   Fraser Milner Casgrain LLP

17       o   Friends of Penn

18       o   Fross Zelnick Lehrman & Zissu PC

19       o   Funky Buddha Media, LLC/Pegasus

20       o   Galaxy Entertainment

21       o   George Express Inc.

22       o   Get Services

23       o   Getty Images

24       o   Glory Days Productions, Inc.

25       o   Goldcrest Post Productions

26       o   Golden 9 Design

27

28                          -13-

Case 2:13-cv-09072-JGB  Document 4  Filed 12/09/13  Page 37 of 49  Page ID #:58

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document      Page 37 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document      Page 14 of 26

1    ○   Goldenring Productions, Inc.

2    ○   Graybox LLC

3    ○   Hadassah Magazine

4    ○   Half Nelson LLC

5    ○   Hallows End Productions LLC

6    ○   Hammer Creative

7    ○   Hans W. Turner

8    ○   HanWay Flims Limited

9    ○   Heenan Blaikie

10   ○   Hibiscus Films

11   ○   Hodgson Russ LLP

12   ○   Hollywood Theatre

13   ○   Home Box Office Inc.

14   ○   Huntsville Productions Inc.

15   ○   IESI - NY Corporation

16   ○   Ill Ville Films

17   ○   Image Entertainment. Inc

18   ○   ImaginAsian TV

19   ○   In the Forest LLC

20   ○   Infinity Resources Inc.

21   ○   Inner Gardens

22   ○   Insight Film Releasing Inc.

23   ○   Insight Screening Room

24   ○   Internal Revenue Service

25   ○   Intersuisse

26   ○   Iron Horse Entertainment LLC

27

28

| | | |
|---|---|---|
| 1 | o | J & R Electronics Inc. |
| 2 | o | Jacques S. Lempire |
| 3 | o | Jeffery A. Gaul |
| 4 | o | Jeremy Dean |
| 5 | o | Jerome Swartz |
| 6 | o | JH Pub |
| 7 | o | Joanna Konjevod |
| 8 | o | John Huw Jones |
| 9 | o | Jonathan K. Beal |
| 10 | o | Junket Productions Ins |
| 11 | o | Kelli Norden and Associates |
| 12 | o | KHOU Television |
| 13 | o | Kia Jam |
| 14 | o | Kinetic Trailerworks |
| 15 | o | K-Jam Media |
| 16 | o | Kung Phooey Productions, LLC |
| 17 | o | Kung Phooey Productions, LLC |
| 18 | o | KVVE Television |
| 19 | o | Lake Dell, Inc., dba Alpha Cine Labs |
| 20 | o | Landmark Sunshine Cinema |
| 21 | o | Landmark Theatres |
| 22 | o | Lantern Lane Entertainment |
| 23 | o | Lefont Theaters Inc. |
| 24 | o | Legalink Inc. |
| 25 | o | Les Film Seville Pictures |
| 26 | o | Levene, Neale, Bender, Yoo & Brill, L.L.P. |
| 27 | | |
| 28 | | |

-15-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 39 of 49   Page ID #:60

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document     Page 39 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document     Page 16 of 26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- o   Lie With Me Productions Inc.
- o   Lions Gate Films, Inc. / Lions Gate Entertainment, Inc.
- o   Little Athens Productions LLC
- o   LJR & Associates Inc.
- o   Loki Films LLC
- o   London Drugs Limited
- o   Los Angeles County Treasuer and Tax Collector
- o   Los Angeles Superior Court
- o   Mammoth Advertising
- o   Mariemont Theatre Ltd.
- o   Marine Film Service
- o   Mark Austin
- o   Mason Development Compnay
- o   Mercury Promotions & Fulfillmemt
- o   Metropolitan Telecommunications
- o   MHF Erste Academy Film GmbH & Co.
- o   MHF Zweite Academy Film GmbH & Co, KG and MHF Erste Academy
    Film GmbH & Co. Produktions KG
- o   Michael Tuckman
- o   Micthells
- o   Miramax Films Corp.
- o   Mitchell Silberberg Knupp LLP
- o   MMA
- o   Mongrel Media
- o   Moroch Partners LP
- o   Motion Picture Industry Pension & Health Plans

-16-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 40 of 49   Page ID #:61

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document       Page 40 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document       Page 17 of 26

| | | |
|---|---|---|
| 1 | o | MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS |
| 2 | o | Movieline International |
| 3 | o | MTV Networks, a division of Viacom International Inc. |
| 4 | o | Murphy Pearson Bradley & Feeney |
| 5 | o | Myraid Pictures Inc. |
| 6 | o | Myriad Litigation Solutions |
| 7 | o | Nancy A. Willen dba Acme Public Relations |
| 8 | o | National Film Board of Canada |
| 9 | o | National Film Trustee Company |
| 10 | o | National Promotions |
| 11 | o | Natural Scenes Ltd. |
| 12 | o | Network Global Logistics |
| 13 | o | New China Media LLC |
| 14 | o | New Wave Design Group |
| 15 | o | NEXT |
| 16 | o | Nice Guys/JDC Limo |
| 17 | o | Nicey Nice (Copperheat) Prod |
| 18 | o | Nobu Fifty Seven |
| 19 | o | Noise Film LLC |
| 20 | o | North By Northwest Ent |
| 21 | o | Officeteam Div. of Robert Half International |
| 22 | o | OFRB |
| 23 | o | Olson Visual Inc. |
| 24 | o | Olswang |
| 25 | o | Omnilife De Mexico |
| 26 | o | On The Stroll Productions Inc. |
| 27 | | |
| 28 | | |

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 41 of 49   Page ID #:62

Case 2:13-ap-01281-BR    Doc 34    Filed 12/04/13    Entered 12/04/13 14:10:01    Desc
                         Main Document       Page 41 of 49
Case 2:13-ap-01281-BR    Doc 32    Filed 12/02/13    Entered 12/02/13 10:29:36    Desc
                         Main Document       Page 18 of 26

| | |
|---|---|
| 1 | o   Oregon Film & Video Foundation |
| 2 | o   Organe LT LLC |
| 3 | o   Orlando Premiere Cinemas |
| 4 | o   OSDC for Utah Labor Commission - Alex Lunnen |
| 5 | o   OSDC for Utah Labor Commission - Britani Lin Alexander Currey |
| 6 | o   OSDC for Utah Labor Commission - Erika L. Carlson |
| 7 | o   OSDC for Utah Labor Commission - Jennifer A. Ricci |
| 8 | o   OSDC for Utah Labor Commission - Kathleen M. Dombo |
| 9 | o   OSDC for Utah Labor Commission - Kelsey Landry |
| 10 | o   OSDC for Utah Labor Commission - Kent I. Daniels |
| 11 | o   OSDC for Utah Labor Commission - Marc Conn |
| 12 | o   OSDC for Utah Labor Commission - Natania Cook |
| 13 | o   OSDC for Utah Labor Commission - Ramiro C. Flores |
| 14 | o   OSDC for Utah Labor Commission - Starla Holder |
| 15 | o   OSDC for Utah Labor Commission - Thad Paget |
| 16 | o   OSDC for Utah Labor Commission - Travis N. Zariwny |
| 17 | o   Outfest |
| 18 | o   PAETEC |
| 19 | o   Palisades Media Group Inc. |
| 20 | o   Palisades Picture Entertainment Group |
| 21 | o   Pangea Media Group Holdings LLC |
| 22 | o   Pangea Media Group LLC |
| 23 | o   Paracorp dba Parasec |
| 24 | o   Participant Productions LLC |
| 25 | o   Patricia Swords |
| 26 | o   Paul Parmar |
| 27 | |
| 28 | |

-18-

Case 2:13-cv-09072-JGB  Document 4  Filed 12/09/13  Page 42 of 49  Page ID #:63

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document       Page 42 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document       Page 19 of 26

| | | |
|---|---|---|
| 1 | o | Pegasus Blue Star Fund, LLC |
| 2 | o | Permut Presentations Inc.; David Permut; Two Angeles; Bob Saget |
| 3 | o | Perpetual Systems |
| 4 | o | Picture Head LLC |
| 5 | o | Picture Production Company |
| 6 | o | Pitney Bowes Global Financial Svc |
| 7 | o | PMK HBH |
| 8 | o | Point 360 |
| 9 | o | Pretty Pictures Inc. |
| 10 | o | Primer Movie Ltd. |
| 11 | o | Producer-Writers Guild of America Pension Plan and Writers' Guild Industry |
| 12 | | Health Fund |
| 13 | o | Production Management Services |
| 14 | o | Productive International |
| 15 | o | Protocols of Zion LLC |
| 16 | o | Quality Sing & Marquee |
| 17 | o | Qwest Communications |
| 18 | o | Raleigh Studios |
| 19 | o | Ray Reyes |
| 20 | o | Reed Business Information |
| 21 | o | Regal Cinema Art |
| 22 | o | Register of Copyrights |
| 23 | o | Rent It |
| 24 | o | Rentrak Corporation |
| 25 | o | Rhysome, Inc. |
| 26 | o | Richard H. Lewis Architect |
| 27 | | |
| 28 | | |

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 43 of 49   Page ID #:64

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document      Page 43 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document      Page 20 of 26

1    o   Richard McFetridge

2    o   Richards Layton and Finger

3    o   Ripple Effect LLC

4    o   Roadside Attactions

5    o   Robert Half Finance & Accounting Div. of Robert Half International

6    o   Rogers Video

7    o   RSM McCladrey Inc.

8    o   Safeword Prodcutions LLC

9    o   Sally Harlor

10   o   Sarnoff Information Technologies

11   o   Schwartz Levitsky Feldmanad LP 28619 1

12   o   SCREEN ACTORS GUILD - PRODUCER PENSION AND HEALTH

13       PLANS

14   o   Screen Actors Guild Awards

15   o   Screen Actors Guild Inc.

16   o   Screen Actors Guild Producers Pension & Health Plans

17   o   Screen Capital International Corp.

18   o   Shadow Venture I, LLC

19   o   ShadowVenture LLC

20   o   Shaker Square Cinemas

21   o   Sharewell Group LLC

22   o   Sharim Inc.

23   o   Shimon Bitton

24   o   Shmulik Naparstek

25   o   Smooth Stone Productions Inc.

26   o   Solar Filmworks LLC

27

28                             -20-

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 44 of 49   Page ID #:65

Case 2:13-ap-01281-BR   Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document      Page 44 of 49
Case 2:13-ap-01281-BR   Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document      Page 21 of 26

| | | |
|---|---|---|
| 1 | o | Sony Pictures Home Entertainment Inc., Sony Pictures Classics Inc. and |
| 2 | | certain of their affiliates |
| 3 | o | SouthSide Works Cinema |
| 4 | o | Special Event Management |
| 5 | o | Spellbound, Inc. |
| 6 | o | Sprint |
| 7 | o | Staples |
| 8 | o | Starlog Group Inc. |
| 9 | o | Stephanie Lempire |
| 10 | o | Steven Elliot Altman |
| 11 | o | Stikeman Elliott LLC |
| 12 | o | Stroock & Stroock & Lavan |
| 13 | o | Studio Canal |
| 14 | o | Studio Transportation Drivers Local #399 of Int'l Brotherhood of Teamsters |
| 15 | o | Sundance Channell |
| 16 | o | Sunlion Films LLC |
| 17 | o | Superior Film Service |
| 18 | o | Susan Tregub |
| 19 | o | Swank Motion Pictures Inc. |
| 20 | o | Sze Kwan Chan |
| 21 | o | Technicolor Canada Inc. |
| 22 | o | Technicolor Cinema Distribution |
| 23 | o | Technicolor Cinema Distribution 20001 |
| 24 | o | Technicolor Creative Svc GBP |
| 25 | o | Technicolor Home Entertainment |
| 26 | o | Technicolor Home Entertainment Services, Inc. |
| 27 | | |
| 28 | | |

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 45 of 49   Page ID #:66

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                         Main Document      Page 45 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                         Main Document      Page 22 of 26

| | | |
|---|---|---|
| 1 | o | Technicolor Limited |
| 2 | o | Teri Zimon |
| 3 | o | The Azure (Keeping Mum) LLP |
| 4 | o | The Discovery Channel |
| 5 | o | The Event Department |
| 6 | o | The Flicks |
| 7 | o | The Killing Floor LLC |
| 8 | o | The L Magazine |
| 9 | o | The Preview Room |
| 10 | o | The Ten Distribution |
| 11 | o | The Wall Group LA LLC |
| 12 | o | The Wall Group NY |
| 13 | o | The Wright Cleaning Company |
| 14 | o | Theatre Partners Group LLC |
| 15 | o | Theodore Peters |
| 16 | o | Thomson CompuMark |
| 17 | o | Thousand Word LLC |
| 18 | o | Timbol Design Communications |
| 19 | o | Time Inc. |
| 20 | o | Time Warner Cable of NYC |
| 21 | o | Titra California Inc. |
| 22 | o | TLA Video |
| 23 | o | Toronto Court Reportors |
| 24 | o | Tracey Fragments Inc. |
| 25 | o | Trust Account of Leopld Petrich & S |
| 26 | o | TSG Reporting LLC |
| 27 | | |
| 28 | | |

-22-

1       o   Tully Productions LLC

2       o   Two Angels Inc.

3       o   United Express

4       o   United Parcel Service Freight

5       o   UPS Canada

6       o   UPS Freight c/o Receivable Management Services

7       o   Uptown Entertainment

8       o   Urban Post Production

9       o   Variety Children's Charity of No. California

10      o   Velocity Express

11      o   Venture Communications LLC

12      o   Verizon

13      o   Watermatic LLC

14      o   Wendy Brogan Black

15      o   Wendy Smith

16      o   Westlaw

17      o   WGA, West, Inc., Asylum Films, Inc. f/s/o Matthew Chapman

18      o   WGA, West, Inc., Asylum Films, Inc. f/s/o Milo Addica

19      o   WGA, West, Inc., Asylum Films, Inc. f/s/o Steven Elliot Altman

20      o   WGA, West, Inc., Asylum Films, Inc. re "Five Dollars a Day"

21      o   WGA, West, Inc., Asylum Films, Inc. re "Love Ranch"

22      o   WGA, West, Inc., Asylum Films, Inc. re "The Big White"

23      o   Whole Thing Productions Inc.

24      o   Womand Music Ltd.

25      o   Woolgar VanWiechen Ketcheson Ducoffee, LLP

26

27

28

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 47 of 49   Page ID #:68

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                Main Document       Page 47 of 49
    Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                Main Document       Page 24 of 26

1        o   Writers' Guild Industry Health Fund and Producers-Writers Guild of

2            America Pension Plan of behalf of Terence L. Young

3        o   Writers Guild of America West Inc.

4        o   Writers Guild Pension Plan and Industry Health Plan

5        o   WWWebtek

6        o   XL Graphics

7        o   XL Industries Inc.

8        o   Year of the Golden Pig LLC

9        o   Yellow Mag, LLC

10       o   Zealot Inc.

11       o   Zee Medical

12       o   Zendo Entertainment Ltd.

13

14   Dated: December 2, 2013                    LEVENE, NEALE, BENDER, YOO
                                                    & BRILL L.L.P.
15
                                         By:    /s/ Todd M. Arnold
16                                              DAVID L. NEALE
                                                IRV M. GROSS
17                                              TODD M. ARNOLD
                                                Counsel for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

Case 2:13-cv-09072-JGB  Document 4  Filed 12/09/13  Page 48 of 49  Page ID #:69

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
Main Document      Page 48 of 49
Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
Main Document      Page 25 of 26

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): _**PLAINTIFF APPELLANT'S (1) NOTICE OF RELATED CASES (L.R. 83-1.3) AND (2) CERTIFICATION AS TO INTERESTED PARTIES (L.R. 7.1-1)**_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date) **December 2, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David E Ahdoot on behalf of Interested Party Courtesy NEF
dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com

Todd M Arnold on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
tma@lnbyb.com

Eric J Bakewell on behalf of Defendant Intermedia Film Equities USA, Inc.
ejb@wbllp.com, vmd@wbllp.com;lme@wbllp.com;aw@wbllp.com;slc@wbllp.com;docket@wbllp.com

Jacqueline L James on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
jlj@lnbyb.com, marla@lnbyb.com

David L. Neale on behalf of Plaintiff Screen Capital International Corp., derivatively on behalf of the estate of CT-1 Holdings, LLC
dln@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Defendant Intermedia Film Equities USA, Inc.
swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com

2.  **SERVED BY UNITED STATES MAIL**: On (date) ) December 2, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**N/A**

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **December 2, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Case 2:13-cv-09072-JGB   Document 4   Filed 12/09/13   Page 49 of 49   Page ID #:70

Case 2:13-ap-01281-BR    Doc 34   Filed 12/04/13   Entered 12/04/13 14:10:01   Desc
                          Main Document      Page 49 of 49
     Case 2:13-ap-01281-BR    Doc 32   Filed 12/02/13   Entered 12/02/13 10:29:36   Desc
                          Main Document      Page 26 of 26

1

**Served By Personal Delivery**
2  The Hon. Barry Russell
   United States Bankruptcy Court
3  255 East Temple Street
   Courtroom 1668
4  Los Angeles, CA 90012

5  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
   correct.

6
   December 2, 2013          Lourdes Cruz                    /s/ Lourdes Cruz
7  Date                      Printed Name                    Signature

8  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

   June 2012                                      **F 9013-3.1.PROOF.SERVICE**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28